FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2019 JUN -4 PM 12:08

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, ex )
rel. CASEY CLOSE, )
　)
Plaintiff, )
　)
v. ) CASE NO. CV418-032
　)
SLONE ASSOCIATES, INC., SILER )
EXCAVATING LLC, WILLIAM )
SLONE, TAMMY SILER, JUSTIN )
SLONE, and ABC JOHN DOES 1- )
10, )
　)
Defendants. )

## O R D E R

Before the Court is the Government's Motion to Lift Seal. (Doc. 17.) In its motion, the Government requests that the seal in this case be lifted with respect to certain documents and that other documents in this case related to the Government's investigation in this case remain sealed. After careful consideration, the Government's request is **GRANTED**. Accordingly, the Clerk is **DIRECTED** to **UNSEAL** the Relator's complaint (Doc. 1), the Relator's Voluntary Dismissal (Doc. 18), the United States' Motion to Lift Seal (Doc. 17) and this Order. All other documents filed by the United States shall remain under seal. Additionally, the

seal shall be lifted as to all other matters occurring after this Order.

SO ORDERED this 4th day of June 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA