IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. CASEY CLOSE,<br><br>    Plaintiff,<br><br>v.<br><br>SLONE ASSOCIATES, INC., SILER EXCAVATING LLC, WILLIAM SLONE, TAMMY SILER, JUSTIN SLONE, and ABC JOHN DOES 1-10,<br><br>    Defendants. | CASE NO. CV418-032 |

## O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice. (Doc. 18.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendants have not filed an answer or motion for summary judgment in this case, this case is hereby **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 6th day of June 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA